```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
                       SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,
                                  CRIM. CASE NO. 00-50030
         Plaintiff,

v.

                                  HONORABLE PAUL V. GADOLA
CAMELLA HOLMES JEFFERSON,        U.S. DISTRICT JUDGE

         Defendant.
_____/

## ORDER DENYING MOTION FOR HOME CONFINEMENT

     Before the Court is Defendant's *pro se* "motion for home confinement under extenuating circumstances." Defendant's father, who is the temporary guardian of her four children, has been diagnosed with cancer. Various other individuals in her family are facing medical and personal challenges. Defendant seeks to serve the remainder of her sentence at home, where she could assist her family and earn a living. Defendant's motion is not brought under any particular rule or statute. The Court will construe this motion as a request to modify Defendant's sentence pursuant to 18 U.S.C. § 3582(c). For the reasons stated below, the Court will deny Defendant's motion because the Court finds no legal authority to grant the relief Defendant seeks.

     Congress has limited the circumstances in which a Court may

modify a sentence. 18 U.S.C. § 3582(c). This section states that "[t]he Court <u>may</u> <u>not</u> modify a term of imprisonment once it has been imposed <u>except</u>" upon motion from the Director of the Bureau of Prisons or "to the extent otherwise expressly permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure." <u>Id.</u> (emphasis added). In this case, there has not been a motion made by the Director of the Bureau of Prisons. Therefore, the Court will determine whether Rule 35 or other statutes permit modification in this case. Rule 35 allows for a sentence reduction for clear error or based on a motion from the Government. Fed. R. Crim. P. 35. Defendant does not argue that the sentence imposed was a clear error, nor does there appear to be any clear error. Fed. R. Crim. P. 35(a). Additionally, the Government has not made a motion for a reduction in sentence. Fed. R. Crim. P. 35(b). The Sixth Circuit has noted that "[o]nly two other statutory exceptions" exist that allow for sentence modification: upon the granting of habeas corpus relief or after remand from an appeal. <u>United States v. Ross</u>, 245 F.3d 577, 586 (6th Cir. 2001). Neither of those circumstances apply to this case. Although the Court sympathizes with Defendant about the difficulties facing her family, the Court finds no authority to grant the relief Defendant seeks.

**ACCORDINGLY, IT IS HEREBY ORDERED** Defendant's motion to modify Defendant's sentence [docket entry 192] is **DENIED.**

**SO ORDERED.**

Dated: June 17, 2005                    s/Paul V. Gadola
                                        HONORABLE PAUL V. GADOLA
                                        UNITED STATES DISTRICT JUDGE

| Certificate of Service |
|---|
| I hereby certify that on  June 20, 2005  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:   Mark Jones , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  Camella Holmes Jefferson .  <br><br>s/Paul V. Gadola <br> Tammy Hallwood, Deputy Clerk <br> (810) 341-7845 |